UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT MIRACLE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: CR08-427-JLR <br><br> ORDER REVOKING BOND <br> AND DETENTION ORDER |

Offenses Charged:

**Conspiracy, Wire Fraud, Mail Fraud, Conspiracy to Commit Money Laundering, Money Laundering and Tax Evasion**

Bond Revocation:

On February 5, 2009, the defendant made his initial appearance before the undersigned Magistrate Judge.

On February 9, 2009, defendant appeared at his arraignment and detention hearing held before the undersigned Magistrate Judge after which defendant was released on an appearance bond that included restrictions that he not commit any violations of law.

On April 24, 2009, Pretrial Services filed a Petition for Warrant for Defendant Under Pretrial Services Supervision, alleging that the defendant had violated the terms and conditions of his bond as follows:

1. Robert Miracle has violated a special condition of his appearance bond by

ORDER REVOKING BOND AND
DETENTION ORDER
PAGE 1

failing to provide Pretrial Services with requested information regarding his income sources.

2. Robert Miracle has violated a standard condition of Pretrial Services by making a false statement on his monthly reports, Net Worth Statement, and Monthly Cash Flow Statements from February 2009 to April 2009.

On April 27, 2009, the defendant appeared at a bond revocation hearing before the undersigned Magistrate Judge. He was advised of his rights in connection with the Petition for Warrant for Defendant Under Pretrial Services Supervision. The hearing was continued to April 30, 2009.

On April 30, 2009, the defendant appeared at a bond revocation hearing which was continued to May 27, 2009.

On May 26, 2009, Pretrial Services filed a Report of Supplemental Violations, alleging that the defendant had violated the terms and conditions of his bond as follows:

3. Robert Miracle has violated a special condition of his appearance bond by having direct or indirect use of the internet (and texting).

4. Robert Miracle has violated a standard condition of his bond by making a false statement on his Monthly Reports dated February 10, 2009, March 1, 2009, and April 1, 2009.

5. Robert Miracle has violated the special bond condition that he discontinue employment and association with Bass Trading Company and all victims of the alleged offense. In addition, he failed to obtain pre-approval from Pretrial Services regarding future employment.

6. The defendant has violated his special condition of his appearance bond by failing to obtain pre-approval from Pretrial Services with any requested information regarding financial status, income sources, and investments.

On May 22, 2009, defendant filed a notice of withdrawal of request for release and

waiver of hearing on the alleged bond violations. Accordingly:

IT IS THEREFORE ORDERED:

(1) Defendant's bond is hereby revoked;

(2) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of May, 2009.

_____
JAMES P. DONOHUE
United States Magistrate Judge